IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:20-cv-01518

NELCY ALEXA RIVERA-DE LEON, PIOTR TCHORZEWSKI,
and STEPHANIE MUTERS, individually and on behalf of all
others similarly situated,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Jamie Hubbard of the law firm Stimson Stancil LaBranche Hubbard, LLC hereby enters her appearance on behalf of Plaintiffs Nelcy Alexa Rivera-De Leon, Piotr Tchorzewski and Stephanie Muters and requests that she receive copies of all electronic filings in this matter.

Dated: May 28, 2020.

    Respectfully submitted,

*s/ Jamie Hubbard*
Jamie Hubbard
STIMSON STANCIL LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone:   720.689.8909
Email:   hubbard@sslhlaw.com

*Counsel for Plaintiffs*