IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  20-cv-01518-NRN

NELCY ALEXA RIVERA-DE LEON, PIOTR TCHORZEWSKI, and STEPHANIE MUTERS, individually and on behalf of all others similarly situated,

Plaintiffs,
v.

FRONTIER AIRLINES, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     It is HEREBY ORDERED that the Scheduling/Planning Conference set on August 6, 2020 at 9:30 a.m. is VACATED and RESET for August 6, 2020 at 10:00 a.m.

Date: June 2, 2020