**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:20-cv-01518

NELCY ALEXA RIVERA-DE LEON, PIOTR TCHORZEWSKI,
and STEPHANIE MUTERS, individually and on behalf of all
others similarly situated,

  Plaintiffs,

v.

FRONTIER AIRLINES, INC.

  Defendants.

## NOTICE OF ENTRY OF APPEARANCE

  PLEASE TAKE NOTICE that Bryan L. Clobes of the law firm Cafferty Clobes Meriwether & Sprengel, LLP hereby enters his appearance on behalf of Plaintiffs Nelcy Alexa Rivera-De Leon, Piotr Tchorzewski and Stephanie Muters and requests that he receive copies of all electronic filings in this matter.  Counsel certifies that he is a member in good standing of the bar of this Court.

  Dated: June 3, 2020.

Respectfully submitted,

*s/ Bryan L. Clobes*
Bryan L. Clobes
CAFFERTY CLOBES MERIWETHER
& SPRENGEL, LLP
205 North Monroe
Media, PA 19063
Phone:  215.864.2800
Email:   bclobes@caffertyclobes.com

*Counsel for Plaintiffs*

2