IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:20-cv-01518

NELCY ALEXA RIVERA-DE LEON, PIOTR TCHORZEWSKI,
and STEPHANIE MUTERS, individually and on behalf of all
others similarly situated,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Joseph G. Sauder of the law firm Sauder Schelkopf, LLC hereby enters his appearance on behalf of Plaintiffs Nelcy Alexa Rivera-De Leon, Piotr Tchorzewski and Stephanie Muters and requests that he receive copies of all electronic filings in this matter. Counsel certifies that he is a member in good standing of the bar of this Court.

Dated: June 3, 2020.

                                              Respectfully submitted,

                                              *s/ Joseph G. Sauder*
                                              Joseph G. Sauder
                                              SAUDER SCHELKOPF, LLC
                                              1109 Lancaster Avenue, Ste. 300
                                              Berwyn, PA 19312
                                              Phone:   610.200.0583
                                              Email:   jgs@sstriallawyers.com

                                              *Counsel for Plaintiffs*