IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:20-cv-01518

NELCY ALEXA RIVERA-DE LEON, PIOTR TCHORZEWSKI,
and STEPHANIE MUTERS, individually and on behalf of all
others similarly situated,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.

    Defendants.

## NOTICE OF RELATED CASES

Plaintiffs' hereby submits a notice of related cases pursuant to D.C.COLO.LCivR 3.2, as it involves the same defendant, Frontier Airlines, Inc. ("Frontier"), shares common facts and claims regarding Frontier's failure to refund customers for canceled flights due to the nationwide pandemic and the spread of COVID-19. The known related cases are as follows:

1. U.S. District Court for the District of Colorado case number 20-cv-01153-PAB-KLM captioned *Melissa Young v. Frontier Airlines, Inc.*

2. U.S. District Court for the District of Colorado case number 20-cv-01340-RM captioned *Sweet et al. v. Frontier Airlines, Inc.*

Dated: June 4, 2020.

Respectfully submitted,

*s/ Kathryn J. Stimson*
Kathryn J. Stimson
STIMSON STANCIL LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone:   720.689.8909
Email:    stimson@sslhlaw.com

*Counsel for Plaintiffs*

## Certificate of Service

I certify that on June 4, 2020, I electronically filed the foregoing *Notice of Related Cases* with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

*s/ Brenda Rodriguez*
Brenda Rodriguez

2