IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:20-cv-01518-NRN

NELCY ALEXA RIVERA-DE LEON, PIOTR TCHORZEWSKI,
and STEPHANIE MUTERS, individually and on behalf of all
others similarly situated,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## NOTICE OF CONSOLIDATION

PLEASE TAKE NOTICE that on the 16th day of June, 2020, a motion to consolidate was filed in *Young v. Frontier Airlines, Inc.*, case number 1:20-cv-01153-PAB-KLM for:

- *Young v. Frontier Airlines, Inc*., 1:20-cv-01153-PAB-KLM;
- *Sweet v. Frontier Airlines, Inc.* Case No. 1:20-cv-01340-RM-NRN;
- *Rivera-De Leon v. Frontier Airlines, Inc.*, Case No. 1:20-cv-01518-NRN; and
- *Obertman v. Frontier Airlines, Inc.* Case No. 1:20-cv-01689-STV.

*See* **Exhibit 1.** Any future pleadings or correspondence concerning the aforementioned requested consolidation should refer to *Young v. Frontier Airlines, Inc.*, case number 1:20-cv-01153-PAB-KLM.

DATED this 16th day of June, 2020.

Respectfully submitted,

By: */s/ Jason D. Melichar*
Jason D. Melichar, Esq.
R. Joseph Isert, Esq.
Wilson Elser Moskowitz Edelman & Dicker, LLP
1225 17th Street, Suite 2750
Denver, CO 80202
Telephone: (303) 572-5300
Facsimile: (303) 572-5301
jason.melichar@wilsonelser.com
joe.isert@wilsonelser.com

William J. Katt, Esq.
740 N. Plankinton Avenue, Suite 600
Milwaukee, WI 53203
(414) 276-8816
(414) 276-8819 (fax)
william.katt@wilsonelser.com

Patrick J. Kearns, Esq.
401 West A Street Suite 1900
San Diego, CA 92101
(619) 321-6200
(619) 321-6201 (fax)
patrick.kearns@wilsonelser.com

David M. Ross, Esq.
1500 K Street, NW, Suite 330
Washington, D.C. 20005
(202) 626-7660
(202) 628-3606 (fax)
david.ross@wilsonelser.com

*Attorneys for Defendant Frontier Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of June, 2020, a true and correct copy of the foregoing was filed with ECF and served to all counsel of record.

Jamie H. Hubbard, Esq.
Kathryn J. Stimson, Esq.
Stimson Stancil LaBranche Hubbard, LLP
1652 N. Downing St.
Denver, CO 80218
Telephone: (720) 689-8909
hubbard@sslhlaw.com
stimson@sslhlaw.com

 */s/ Jason D. Melichar*
Jason D. Melichar