IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:20-cv-01518-NRN

NELCY ALEXA RIVERA-DE LEON, PIOTR TCHORZEWSKI,
and STEPHANIE MUTERS, individually and on behalf of all
others similarly situated,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to D.C.COLO.LAttyR 5(a), Patrick J. Kearns, Esq. of Wilson Elser Moskowitz Edelman & Dicker, LLP, 401 West A Street, Suite 1900, San Diego, CA 92101, telephone number (619) 321-6200, facsimile number (619) 321-6201, email Patrick.kearns@wilsonelser.com, hereby certified that he is a member in good standing of this bar of this Court, and enters her appearance as counsel of record for Defendant Frontier Airlines, Inc..

DATED this 26th day of June, 2020.

    Respectfully submitted,

    By: */s/ Patrick J. Kearns*
    Patrick J. Kearns, Esq.
    401 West A Street Suite 1900
    San Diego, CA 92101
    (619) 321-6200
    (619) 321-6201 (fax)
    patrick.kearns@wilsonelser.com

William J. Katt, Esq.
740 N. Plankinton Avenue, Suite 600
Milwaukee, WI 53203
(414) 276-8816
(414) 276-8819 (fax)
william.katt@wilsonelser.com

Jason D. Melichar, Esq.
R. Joseph Isert, Esq.
Wilson Elser Moskowitz Edelman & Dicker, LLP
1225 17th Street, Suite 2750
Denver, CO 80202
Telephone: (303) 572-5300
Facsimile: (303) 572-5301
jason.melichar@wilsonelser.com
joe.isert@wilsonelser.com
*Attorneys for Defendant Frontier Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of June, 2020, a true and correct copy of the foregoing was filed with ECF and served to all counsel of record.

Jamie H. Hubbard, Esq.
Kathryn J. Stimson, Esq.
Stimson Stancil LaBranche Hubbard, LLP
1652 N. Downing St.
Denver, CO 80218
Telephone: (720) 689-8909
hubbard@sslhlaw.com
stimson@sslhlaw.com
*Attorneys for Plaintiff*

Bryan L. Clobes, Esq.
Cafferty Clobes Meriwether & Sprengel LLP-PA
205 N. Monroe Street
Media, PA 10963
Telephone: (215) 864-2800
Facsimile: (215) 864-2801
bclobes@caffertyclobes.com
*Attorney for Plaintiff*

Joseph G. Sauder, Esq.
Sauder Schelkopf, LLC
1109 Lancaster Ave, Suite 300
Berwyn, PA 19312
Telephone: (610) 200-0583
Facsimile: (610) 421-1326
jgs@sstriallawyers.com
*Attorney for Plaintiff*

                                                  */s/ Patrick J. Kearns*
                                                  Patrick J. Kearns, Esq.