IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01518-PAB-KLM

NELVY ALEXA RIVERA-DE LEON,
PIOTR TCHORZEWSKI, and
STEPHANIE MUTERS,
 individually and on behalf of all others similarly situated

 Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

 Defendant.
_____

## MINUTE ORDER
_____

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court sua sponte. In light of this case's reassignment from Magistrate Judge Neureiter to the undersigned and the consolidation of this action with Civil Action No. 20-cv-01153-PAB-KLM,

IT IS HEREBY **ORDERED** that the Scheduling Conference originally set by Magistrate Judge Neureiter in this case for August 6, 2020, at 10:00 a.m. is **VACATED**.

Dated: July 24, 2020